[Civ. No. 3713. Second Appellate District, Division Two.—March 5, 1923.]

## DAVID C. MANN, Respondent, v. INNER HARBOR LAND COMPANY (a Corporation), Appellant.

[1] VENDOR AND VENDEE—CONDEMNATION PROCEEDING—RESCISSION.— Judgment affirmed on authority of *Hunt* v. *Inner Harbor Land Co., ante,* p. 271.

APPEAL from a judgment of the Superior Court of Los Angeles County. Chas. S. Crail, Judge. Affirmed.

The facts are substantially the same as those involved in *Hunt* v. *Inner Harbor Land Co., ante,* p. 271.

Daly, Daly & Todd and James H. Daly for Appellant.

Birney Donnell for Respondent.

H. S. Laughlin, as *Amicus Curiae.*

THE COURT.—The facts are substantially the same as those involved in *Hunt* v. *Inner Harbor Land Co., ante,* p. 271 [214 Pac. 998]. [1] For the reasons stated in the opinion in that case, the judgment in this case is affirmed.

A petition to have the cause heard in the supreme court, after judgment in the district court of appeal, was denied by the supreme court on May 4, 1923.